| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Andrew K. Alper (SBN 088876)<br>FRANDZEL ROBINS BLOOM & CSATO, L.C.<br>6500 Wilshire Boulevard<br>Seventeenth Floor<br>Los Angeles, California 90048-4920<br>Telephone: (323) 852-1000<br>Facsimile: (323) 651-2577<br>*Attorney for* WELLS FARGO PRACTICE FINANCE fka MATSCO | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>LILE BUNAR<br><br>Debtor(s). | |
|---|---|
| WELLS FARGO PRACTICE FINANCE fka MATSCO, a Division of Wells Fargo Bank, N.A., a national banking association<br>Plaintiff(s).<br><br>vs.<br><br>LILE BUNAR<br>Defendant(s). | CHAPTER: 11<br>CASE NO.: 8:10-bk-20080-TA<br><br>ADVERSARY NO.:<br>8:30-ap-01511-TA<br><br>DATE: January 20, 2011<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 5B |

## JOINT STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.    PLEADINGS/SERVICE:**

1. Have all parties been served?    ☒ Yes    ☐ No

2. Have all parties filed and served answers to the complaint/counter-complaints/etc.?    ☒ Yes    ☐ No

3. Have all motions addressed to the pleadings been resolved?    ☒ Yes    ☐ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1?    ☒ Yes    ☐ No

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below *(or on attached page):*

*(Continued on next page)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

American LegalNet, Inc.
www.FormsWorkflow.com

F 7016-1.1

| In re<br>LILE BUNAR<br><br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 8:10-bk-20080-TA<br>ADVERSARY NO.: 8:10-ap-01511-TA |
|---|---|

**B.    READINESS FOR TRIAL:**

1.  When will you be ready for trial in this case?

    **Plaintiff**                                   **Defendant**
    May 1, 2011                                     May 1, 2011

2.  If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

    **Plaintiff**                                   **Defendant**
    parties to depose and discovery to obtain       parties to conduct additional discovery

3.  When do you expect to complete your discovery efforts?

    **Plaintiff**                                   **Defendant**
    4 months                                        4 months

4.  What additional discovery do you require to prepare for trial?

    **Plaintiff**                                   **Defendant**
    documents, depositions and interrogatories      written discovery and depositions

**C.    TRIAL TIME:**

1.  What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?

    **Plaintiff**                                   **Defendant**
    3 days unless it is done by declaration         2 days

2.  How many witnesses do you intend to call at trial (including opposing parties)?

    **Plaintiff**                                   **Defendant**
    unknown-probably 4 or 5                         unknown --- approx. 5

3.  How many exhibits do you anticipate using at trial?

    **Plaintiff**                                   **Defendant**
    unknown-could be 200 or more                    unknown --- approx. 50

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

American LegalNet, Inc.
www.FormsWorkflow.com

Joint Status Report - Page 3

F 7016-1.1

| In re<br>LILE BUNAR | CHAPTER: 11 |
|---|---|
| | CASE NO.: 8:10-bk-20080-TA |
| Debtor(s). | ADVERSARY NO.: 8:10-ap-01511-TA |

**D.    PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Plaintiff

Pre-trial conference  X (is)/ ___(is not) requested.
Reasons: to eliminate any pretrial or other issues

Defendant

Pre-trial conference  X (is)/ ___(is not) requested.
Reasons: _____

Plaintiff

Pre-trial conference should be set after:

(date) April 15, 2011

Defendant

Pre-trial conference should be set after:

(date) April 15, 2011

**E.    SETTLEMENT:**

1. What is the status of settlement efforts?
   an offer was made and rejected

2. Has this dispute been formally mediated?     ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

    Plaintiff                                Defendant
    ☒ Yes   ☐ No                        ☒ Yes   ☐ No

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

American LegalNet, Inc.
www.FormsWorkflow.com

| Joint Status Report - *Page 4* | **F 7016-1.1** |
|---|---|
| In re<br>LILE BUNAR<br><br>Debtor(s) | CHAPTER: 11<br>CASE NO : 8:10-bk-20080-TA<br>ADVERSARY NO : 8:10-ap-01511-TA |

**F.    ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary)*
If there is a mediation it should be done immediately and before there is a lot of cost incurred by the parties.

Respectfully submitted,

Dated: December 17, 2010                          Dated: 12/17/10

FRANDZEL ROBINS BLOOM & CSATO, L.C.               LEIBOWITZ LAW GROUP
*Firm Name*                                       *Firm Name*

By: _____               By: _____

Name: ANDREW K. ALPER                             Name: GARY LEIBOWITZ

Attorney for: WELLS FARGO PRACTICE FINANCE fka MATSCO     Attorney for: LILE BUNAR

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                          **F 7016-1.1**

American LegalNet, Inc.
www.FormsWorkflow.com

F 7016-1.1

| In re<br>LILE BUNAR<br><br>Debtor(s). | CHAPTER: 11<br>CASE NO.: 8:10-bk-20080-TA<br>ADVERSARY NO.: 8:10-ap-01511-TA |
|---|---|

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6500 Wilshire Boulevard, Seventeenth Floor, Los Angeles, California 90048-4920

A true and correct copy of the foregoing document described as JOIN STATUS REPORT _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 20, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Andrew K. Alper            aalper@frandzel.com; efiling@frandzel.com; ekidder@frandzel.com
James J. Joseph (TR)       KValbuena@dgdk.com, jjoseph@ecf.epiqsystems.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On December 20, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
The Honorable Theodor C. Albert
U.S. Bankruptcy Court
411 W. Fourth Street, Suite 5085
Santa Ana, CA 92701

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 20, 2010 | Evelyn Kidder | /s/ Evelyn Kidder |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                         F 7016-1.1

American LegalNet, Inc.
www.FormsWorkflow.com

F 7016-1.1

| In re<br>LILE BUNAR | CHAPTER: 11 |
| --- | --- |
| | CASE NO.: 8:10-bk-20080-TA |
| Debtor(s). | ADVERSARY NO.: 8:10-ap-01511-TA |

**ADDITIONAL SERVICE INFORMATION** (if needed):

<u>Debtor</u>
Lile Bunar
21 Ellworth Street
Ladera Ranch, CA 92694

<u>Counsel for Debtor</u>
Gary Leibowitz
Leibowitz Law Group
4050 Katella Avenue, Suite 201
Los Alamitos, CA 90720

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

American LegalNet, Inc.
www.FormsWorkflow.com